IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANYU PHARMACEUTICAL CO. LTD,<br>MERCK SHARP & DOHME RESEARCH LTD<br>and MERCK & CO., INC.,<br><br>          Plaintiffs,<br><br>   v.<br><br>HON. DAVID J. KAPPOS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States Patent<br>and Trademark Office<br>Office of the General Counsel<br>United States Patent and Trademark Office<br><br>          Defendant. | Civil Action No. 09-1955 (RMU) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 29, 2010, the parties submit this Joint Status Report.

On May 21, 2010, Plaintiffs received the U.S. Patent and Trademark Office ("USPTO")'s Decision Upon Remand and Reconsideration of Patent Term Adjustment and Notice of Intent to Issue Certificate of Correction ("Decision") regarding the patent-in-suit. According to the Decision, the PTO extended the term of the patent-in-suit. Plaintiffs agree with the USPTO's recalculation.

In view of the Decision the parties agree that there is no need to continue this action. Plaintiff will, therefore, file a Notice of Voluntary Dismissal pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date:  May 27, 2010                               Respectfully submitted,
                                                  Kevin B. Collins
                                                  Bar No. 445305

                                                  By: ___/S/_____

                                                  Blair Elizabeth Taylor, Ph.D.
                                                  Bar No. 485831
                                                  COVINGTON & BURLING LLP
                                                  1201 Pennsylvania Avenue, N.W.
                                                  Washington, DC  20005
                                                  Tel:  (202) 662-6000
                                                  Fax:  (202) 662-6291

                                                  *Attorneys for Plaintiffs*
                                                  *Banyu Pharmaceutical Co. Ltd.*
                                                  *Merck Sharp & Dohme Research Ltd.*
                                                  *Merck & Co., Inc.*

                                                  Ronald C. Machen Jr. (D.C. Bar No. 447889)
                                                  United States Attorney for the District of Columbia

                                                  Rudolph Contreras (D.C. Bar No. 434122)
                                                  Chief, Civil Division

                                                  By: ___/S/_____
                                                  Mitchell P. Zeff (D.C. Bar No. 494066)
                                                  Assistant United States Attorney
                                                  555 Fourth St., N.W.
                                                  Washington, D.C. 20530
                                                  (202) 514-7352
                                                  (202) 514-8780 (fax)

                                                  *Attorneys for Defendant*